**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cr-39 - Erie** |
| | ) | |
| **Hertel & Brown Physical and** | ) | |
| **Aquatic Therapy, et al.,** | ) | |

**MOTION FOR LEAVE OF COURT TO FILE DOCUMENTS UNDER SEAL**

Defendants Hertel & Brown Physical and Aquatic Therapy, P.C., Aaron Hertel, and Michael Brown respectfully request that this Honorable Court enter an order permitting them to file their Motions in Limine ("the Motions") under seal pursuant to Local Rule 5.2(H) and Federal Rule of Criminal Procedure 49.1(d). Specifically, Defendants request that the Court enter an Order permitting Defendants to file the entirety of the aforementioned Motions and Exhibits under seal. In support of this Motion, Defendants state as follows:

1.      The Motions and accompanying exhibits include multiple exhibits and references to materials that are covered by this Court's Protective Order [ECF 340]. These references and exhibits include testimony from proceedings before the grand jury and agent summaries of witness interviews.

2.      The Protective Order states that no party shall file confidential information "unless the document or filing is placed under seal or all information that would identify the subject of the document or filing has been removed." (*Id.* ₽ 5).

3.      In light of the Protective Order's requirements surrounding the filing of confidential information, Defendants request leave to file the Confidential Materials under seal. See also U.S. ex rel. Underwood v. Genentech, Inc., 2010 WL 3955786, at *3 (E.D. Pa. Oct. 5, 2010) (citing Douglas Oil Co. v. Petrol Stops Nw., 441 U.S. 211, 218 (1979)).

4.    Defendants further request that due to the Protective Order entered in this case, as well as the impracticability of redacting said documents because the documents are replete with sensitive information, the Defendants shall not be required to file a redacted version of the documents.

5.    The Prosecution has no objection to the instant motion, as communicated by Assistant United States Attorney Christian Trabold on January 28, 2025.

6.    A Proposed Order is attached hereto.

WHEREFORE, Defendants respectfully requests that this Honorable Court grant this Motion for Leave of Court to File their Motions in Limine with Exhibits under seal.

Respectfully submitted,

Dated: January 28, 2025            By:    */s/ Colin J. Callahan*
Colin J. Callahan(P.A. ID No. 328033)
Flannery Georgalis, LLC
436 Seventh Avenue
Koppers Building, Ste. 2100
Pittsburgh, PA 15219
(412) 213-4246
ccallahan@flannerygeorgalis.com

*/s/ W. Benjamin Reese*
W. Benjamin Reese (OH 0096108)
(*Pro Hac Vice*)
Flannery Georgalis, LLC
175 South Third Street, Suite 1060
Columbus, OH 43215
(614) 324-4731
breese@flannerygeorgalis.com

*Attorneys for Defendant Aaron Hertel*

*/s/ Thomas C. Ryan*
Thomas C. Ryan, Esq. (PA: 92482)
Mark A. Rush, Esq. (PA: 49661)
K&L Gates LLP
210 Sixth Avenue

2

Pittsburgh, PA 15222
412-355-6500
412-355-6501 (fax)
thomas.ryan@klgates.com
mark.rush@klgates.com

*Attorneys for Defendant Hertel & Brown
Physical and Aquatic Therapy, P.C.*

*/s/ Michael A. Comber*
Michael A. Comber (PA: 81951 )
S. Wesley Gorman (PA: 325565)
Comber Miller LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
412-894-1380
412-291-2109 (fax)
mcomber@combermiller.com
wgorman@combermillercom

*Attorneys for Defendant Michael Brown*